UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**RELATED CASE ORDER**

A Motion for Administrative Relief to Consider Whether Cases Should be Related or a *Sua Sponte* Judicial Referral for Purpose of Determining Relationship (Civil L.R. 3-12) has been filed. The time for filing an opposition or statement of support has passed. As the judge assigned to case

14-cv-04393-WHO

San Francisco Herring Association v. Pacific Gas and Electric Company

I find that the more recently filed case that I have initialed below is NOT related to the case assigned to me.

| Case | Title | Related | Not Related |
|---|---|---|---|
| 26-cv-10316-AMO | YesAnd Foundation v. City And County of San Francisco | | WHO |

Dated: October 2, 2026

By: [signature]

William H. Orrick
United States District Judge